**Peter J. Viteznik, OSB No. 944540**
pviteznik@kilmerlaw.com
KILMER, VOORHEES & LAURICK, P.C.
2701 NW Vaughn Street, Suite 780
Portland, Oregon 97210
Telephone: (503) 224-0055
Fax: (503) 222-5290

*Counsel for Plaintiff Margaret McLaughlin*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| IN RE NIKE DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 3:24-cv-01195-AN<br>Consolidated Case No. 3:24-cv-01269-AN<br><br>DECLARATION OF STEPHEN J. ODDO IN SUPPORT OF PLAINTIFF MARGARET MCLAUGHLIN'S MOTION TO CONSOLIDATE; VACATE LEADERSHIP ORDER, ECF NO. 7; ENTER SCHEDULING ORDER FOR LEADERSHIP BRIEFING; STAY BRIEFING ON DEFENDANTS' MOTION TO DISMISS; REQUEST FOR EXPEDITED HEARING<br><br>Judge: Hon. Adrienne Nelson<br><br>EXPEDITED HEARING REQUESTED |

[Caption continued on following page.]

| | |
|---|---|
| MARGARET MCLAUGHLIN, Derivatively on Behalf of NIKE, INC.,<br><br>Plaintiff,<br>v.<br><br>MARK G. PARKER, TIMOTHY D. COOK, MICHELLE A. PELUSO, TRAVIS A. KNIGHT, PETER B. HENRY, THASUNDA B. DUCKETT, ROBERT SWAN, MÓNICA GIL, MARIA HENRY, JOHN J. DONAHOE II, MATTHEW FRIEND, HEIDI L. O'NEILL, MONIQUE MATHESON, ANDREW CAMPION, ALAN B. GRAF, JR., ELIZABETH J. COMSTOCK, CATHLEEN A. BENKO, and JOHN W. ROGERS, JR.,<br><br>Defendants,<br>-and-<br><br>NIKE, INC., an Oregon Corporation,<br><br>Nominal Defendant. | Case No. 3:26-cv-2537-AR |

I, Stephen J. Oddo, declare as follows:

1. I am an attorney duly admitted to practice before all courts of the State of California. I am a partner with Robbins LLP ("Robbins"), counsel for plaintiff Margaret McLaughlin ("Plaintiff" or "McLaughlin"), a stockholder of NIKE, Inc. ("NIKE" or the "Company"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I respectfully submit this Declaration in Support of Plaintiff's Motion to: (1) consolidate *McLaughlin v. Parker, et al.*, No. 3:26-cv-02537-AR (the "*McLaughlin* Action"), into *In re Nike Inc. Derivative Litigation*, Lead Case No. 3:24-cv-01195-AN (the "Consolidated Action"); (2) vacate the appointment of The Brown Law Firm, P.C. ("Brown") and The Weiser Law Firm, P.C. ("Weiser") as Co-Lead Counsel in in the Court's September 13, 2024 Order to



KILMER, VOORHEES & LAURICK,P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON 97210
(503) 224-0055 · FAX (503) 222-5290

Consolidate and Appoint Co-Lead Counsel (ECF No. 7) (the "Leadership Order"), and reopen the selection of lead counsel; (3) set a schedule for the submission of leadership applications; (4) stay briefing on defendants' motion to dismiss (ECF No. 30), until the Court resolves leadership; and (5) request to expedite (the "Motion").

3. Attached hereto as Exhibit A is a true and correct copy of the Robbins firm resume. Robbins is a nationally recognized shareholder rights firm that has recovered hundreds of millions of dollars for companies in shareholder derivative litigation. Among other recoveries, Robbins secured a $100 million cash payment to Wells Fargo & Company in *Himstreet v. Scharf*, No. CGC-22-599223 (Cal. Super. Ct. S.F. Cnty.); a $100 million recovery for Hawaiian Electric Industries, Inc. in *In re Hawaiian Electric Industries, Inc. Stockholder Derivative Litigation*, No. 1:24-cv-00164 (D. Haw.); and a $231.7 million recovery in *B&R Supermarket, Inc., et al. v. Visa, Inc., et al.*, Case No. 1:17-cv-02728 (E.D.N.Y. Apr. 28, 2026). *See* Ex. A. The *Himstreet* settlement is the largest payment made directly to a company in a derivative action in California state court history. *Id.* The *Hawaiian Electric* settlement represents the largest payment to a company resulting from a derivative settlement in the history of the State of Hawai'i and the third largest derivative settlement within the Ninth Circuit. *Id.* The *Visa* settlement was only achieved after Robbins invested nearly 35,000 hours advancing the case for ten years, overcoming evolving challenges, including a U.S. Supreme Court decision mid-case affecting an important part of the case's theory of liability. *Id.*

4. Robbins has undertaken McLaughlin's representation on a contingent basis and is prepared to commit the attorneys, staff, and financial resources necessary to prosecute this action through discovery and, if necessary, trial.



KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON 97210
(503) 224-0055 · FAX (503) 222-5290

5. On September 23, 2025, Robbins prepared and served on NIKE, on McLaughlin's behalf, a 45-page demand to inspect books and records pursuant to Oregon Revised Statute § 60.774 (the "Demand"). The Demand sought to investigate potential wrongdoing by NIKE's fiduciaries concerning, among other things, the Company's public statements about its Consumer Direct Acceleration strategy, the Company's repurchases of its own stock, and sales of NIKE stock by Company insiders. The Demand attached documentation of McLaughlin's continuous ownership of NIKE stock since May 2017. A true and correct copy of the Demand, with McLaughlin's account information redacted, is attached hereto as Exhibit B.

6. On October 7, 2025, NIKE, through its counsel, responded to the Demand and asserted that the Demand did not comply with Oregon law. A true and correct copy of NIKE's October 7, 2025 response is attached hereto as Exhibit C.

7. Over the following weeks, Robbins and NIKE's counsel met and conferred regarding the scope of the Demand. NIKE offered to produce only excerpts of minutes of the Company's Board of Directors (the "Board") and certain committees, for a shorter period than the Demand requested. On November 4, 2025, NIKE's counsel stated that NIKE would not produce Board materials because, in NIKE's view, the Oregon inspection statute is limited to "excerpts of minutes." A true and correct copy of the parties' correspondence between October 12, 2025 and November 4, 2025 is attached hereto as Exhibit D.

8. On January 12, 2026, McLaughlin filed a complaint to compel inspection in the Circuit Court of the State of Oregon for the County of Washington, captioned *McLaughlin v. NIKE, Inc.*, Case No. 26CV01362 (the "Inspection Action"). A true and correct copy of the complaint in the Inspection Action is attached hereto as Exhibit E. NIKE answered the complaint on March 12, 2026.



KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON 97210
(503) 224-0055 · FAX (503) 222-5290

9. Following the filing of the Inspection Action, the parties negotiated an agreement under which NIKE would produce Board materials responsive to the Demand. On May 14, 2026, the parties stipulated to stay the Inspection Action while NIKE made its production. A true and correct copy of the parties' stipulation to stay the Inspection Action is attached hereto as Exhibit F.

10. NIKE produced documents to Robbins on McLaughlin's behalf.

11. Following NIKE's production, the Inspection Action was dismissed. A true and correct copy of the judgment of dismissal entered in the Inspection Action on October 19, 2026, is attached hereto as Exhibit G.

12. Following the completion of NIKE's production, Robbins attorneys reviewed the production and prepared McLaughlin's Verified Shareholder Derivative Complaint for Violations of Securities Law, Breach of Fiduciary Duty, Waste of Corporate Assets, and Unjust Enrichment, which was filed in this Court on November 19, 2026, *McLaughlin v. Parker, et al.*, No. 3:26-cv-02537-AR, ECF 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of November, 2026.

STEPHEN J. ODDO



KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON 97210
(503) 224-0055 · FAX (503) 222-5290

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2026, I electronically filed the above-titled document with the Clerk of Court using the CM/ECF system which will send notification of such filing to those registered as CM/ECF participants.

KILMER VOORHEES & LAURICK, PC

/s/ *Peter J. Viteznik*
Peter J. Viteznik, OSB No. 944540

1747749



KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
2701 NW VAUGHN STREET, SUITE 780
PORTLAND, OREGON 97210
(503) 224-0055 · FAX (503) 222-5290