# EXHIBIT D

**From:** Gregory Del Gaizo
**Sent:** Tuesday, November 4, 2025 2:24 PM
**To:** 'Lombard, Jeff' <JLombard@gibsondunn.com>
**Cc:** Lutz, Brian M. <BLutz@gibsondunn.com>; Valenzuela, Jessica <JValenzuela@gibsondunn.com>
**Subject:** RE: NIKE -- McLaughlin Books and Records Demand

Jeff,

As I explained on our call, your narrow interpretation of Oregon's books and records law is incorrect. First, the statute also includes accounting records. Second, the Oregon Supreme Court has explained that accounting records should be given a "broad and liberal construction so as to extend to all records, contracts, papers and correspondence to which the common law right of inspection of a stockholder may properly apply." *Meyer v. Ford Indus., Inc.*, 272 Or. 531, 538 P.2d 353, 358 (1975).

We will treat Nike's unduly narrow interpretation of the Oregon statute as an effective rejection and proceed accordingly.

Best,

Gregory Del Gaizo
Attorney at Law
Robbins LLP

---

**From:** Lombard, Jeff <JLombard@gibsondunn.com>
**Sent:** Tuesday, November 4, 2025 1:54 PM
**To:** Gregory Del Gaizo <gdelgaizo@robbinsllp.com>
**Cc:** Lutz, Brian M. <BLutz@gibsondunn.com>; Valenzuela, Jessica <JValenzuela@gibsondunn.com>
**Subject:** RE: NIKE -- McLaughlin Books and Records Demand

Greg,

We will not be producing Board materials because the inspection statute expressly limits production to "excerpts of minutes."

Best,
Jeff

---

**From:** Gregory Del Gaizo <gdelgaizo@robbinsllp.com>
**Sent:** Friday, October 31, 2025 6:03 PM
**To:** Lombard, Jeff <JLombard@gibsondunn.com>

**Cc:** Lutz, Brian M. <BLutz@gibsondunn.com>; Valenzuela, Jessica <JValenzuela@gibsondunn.com>
**Subject:** RE: NIKE -- McLaughlin Books and Records Demand

Jeff,

Sorry for the slight delay in responding. I have been travelling. On the categories below, I notice that you only mention minutes. Are you not producing the Board materials as well?

Best,

Gregory Del Gaizo
Attorney at Law
Robbins LLP

---

**From:** Lombard, Jeff <JLombard@gibsondunn.com>
**Sent:** Monday, October 20, 2025 8:46 AM
**To:** Gregory Del Gaizo <gdelgaizo@robbinsllp.com>
**Cc:** Lutz, Brian M. <BLutz@gibsondunn.com>; Valenzuela, Jessica <JValenzuela@gibsondunn.com>
**Subject:** RE: NIKE -- McLaughlin Books and Records Demand

Greg,

Thanks for your email. A draft confidentiality agreement is attached.

Without waiving any rights, arguments or defenses regarding the demand, NIKE is willing to produce excerpts of Board of Directors, Audit and Finance Committee, and Compensation Committee minutes between March 19, 2021, and December 12, 2024, concerning the following topics (the "Topics"):

1. The allegations in the Securities Class Action Complaint;
2. The Company's public disclosures at issue in the Securities Class Action Complaint;
3. Oversight of NIKE Direct, direct-to-consumer initiatives, or other digital marketing initiatives;
4. Oversight of the Company's public disclosures concerning NIKE Direct, direct-to-consumer initiatives, or other digital marketing initiatives;
5. The severance of NIKE relationships with wholesalers, brick-and-mortar retailers, and other such end-sellers; and
6. The selling of Company shares by Company insiders and any policies or agreements related thereto.

Per our discussion, these are the <u>same</u> books and records produced by NIKE in response to an earlier and substantially similar shareholder's inspection demand.

Please let me know if you would like to discuss.

Best,
Jeff

---

**From:** Gregory Del Gaizo <gdelgaizo@robbinsllp.com>

**Sent:** Friday, October 17, 2025 2:53 PM
**To:** Lombard, Jeff <JLombard@gibsondunn.com>
**Cc:** Lutz, Brian M. <BLutz@gibsondunn.com>; Valenzuela, Jessica <JValenzuela@gibsondunn.com>
**Subject:** RE: NIKE -- McLaughlin Books and Records Demand

Jeff,

Thanks for the call this week. As we discussed, can you please send over the scope that you are proposing and the NDA.

Best,

Gregory Del Gaizo
Attorney at Law
Robbins LLP

---

**From:** Lombard, Jeff <JLombard@gibsondunn.com>
**Sent:** Sunday, October 12, 2025 7:05 PM
**To:** Gregory Del Gaizo <gdelgaizo@robbinsllp.com>
**Cc:** Lutz, Brian M. <BLutz@gibsondunn.com>; Valenzuela, Jessica <JValenzuela@gibsondunn.com>
**Subject:** RE: NIKE -- McLaughlin Books and Records Demand

Hi Greg,

I have good availability on Tuesday other than 11-1. Let me know what time works best for you outside of that window and I'll give you a call.

Best,
Jeff

---

**From:** Gregory Del Gaizo <gdelgaizo@robbinsllp.com>
**Sent:** Sunday, October 12, 2025 6:12 AM
**To:** Lombard, Jeff <JLombard@gibsondunn.com>
**Cc:** Lutz, Brian M. <BLutz@gibsondunn.com>; Valenzuela, Jessica <JValenzuela@gibsondunn.com>
**Subject:** RE: NIKE -- McLaughlin Books and Records Demand

Hi Guys,

Do you have any time this week to discuss the Nike inspection demand? I'm in a depo tomorrow but have good availability the rest of the week.

Best,

Gregory Del Gaizo
Attorney at Law
Robbins LLP

---

**From:** Lombard, Jeff <JLombard@gibsondunn.com>
**Sent:** Tuesday, October 7, 2025 8:18 PM
**To:** Gregory Del Gaizo <gdelgaizo@robbinsllp.com>

**Cc:** Lutz, Brian M. <BLutz@gibsondunn.com>; Valenzuela, Jessica <JValenzuela@gibsondunn.com>
**Subject:** RE: NIKE -- McLaughlin Books and Records Demand

You don't often get email from jlombard@gibsondunn.com. Learn why this is important

Greg,

Please see attached letter.

Best,
Jeff

---

**From:** Gregory Del Gaizo <gdelgaizo@robbinsllp.com>
**Sent:** Tuesday, September 30, 2025 8:13 AM
**To:** Lombard, Jeff <JLombard@gibsondunn.com>
**Cc:** Lutz, Brian M. <BLutz@gibsondunn.com>; Valenzuela, Jessica <JValenzuela@gibsondunn.com>
**Subject:** RE: NIKE -- McLaughlin Books and Records Demand

Hi Jeff,

October 7 for the response is fine.

Gregory Del Gaizo
Attorney at Law
Robbins LLP

---

**From:** Lombard, Jeff <JLombard@gibsondunn.com>
**Sent:** Monday, September 29, 2025 9:33 PM
**To:** Gregory Del Gaizo <gdelgaizo@robbinsllp.com>
**Cc:** Lutz, Brian M. <BLutz@gibsondunn.com>; Valenzuela, Jessica <JValenzuela@gibsondunn.com>
**Subject:** NIKE -- McLaughlin Books and Records Demand

You don't often get email from jlombard@gibsondunn.com. Learn why this is important

Greg,

We represent NIKE in connection with the books and records demand sent on behalf of your client, Margeret McLaughlin. We only received a copy of your client's letter late on Friday afternoon and need a few extra days to respond. Can you please agree to extend NIKE's deadline to respond to October 7, 2025?

Thanks very much in advance.

Best,
Jeff

**Jeff Lombard**

T: +1 650.849.5340 | M: +1 650.656.7017
JLombard@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
310 University Avenue, Palo Alto, CA 94301-1744

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this

message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.