# EXHIBIT F

5/14/2026 8:36 PM
26CV01362

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR 97205
*Main 503.224.3380 Fax 503.220.2480*

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF WASHINGTON

| | |
|---|---|
| MARGARET MCLAUGHLIN<br>Plaintiff,<br>v.<br>NIKE, INC.,<br>Defendant. | No. 26CV01362<br>JOINT STIPULATION FOR STAY |

**JOINT STIPULATION STAYING ACTION**

**WHEREAS**, on January 12, 2026, Margaret McLaughlin ("Plaintiff") filed a complaint in the Circuit Court of the State of Oregon for Washington County, seeking to compel Nike, Inc. ("Defendant" and, together with Plaintiff, the "Parties") to produce certain books and records pursuant to Oregon Revised Statutes ("ORS") §§ 60.774 and 60.781 (the "Books and Records Complaint") in the above-captioned action (the "Action");

**WHEREAS**, on March 12, 2026, NIKE filed an answer to the Books and Records Complaint;

**WHEREAS**, on April 1, 2026, the Parties by and through their undersigned counsel attended a status check hearing before the Court;

**WHEREAS**, on April 1, 2026, the Court set a further status check hearing for June 1, 2026;

**WHEREAS**, Defendant expressly denies any wrongdoing and expressly denies that Plaintiff is entitled to relief under ORS §§ 60.774 and 60.781, or Oregon common law;

**WHEREAS**, notwithstanding, Defendant has agreed to make certain non-privileged

documents (the "Responsive Materials") available for inspection (the "Agreement") solely to avoid the uncertainties, burden, expense, costs and distraction of further litigation; and

**WHEREAS**, under the terms of the Agreement, the Parties have agreed that Plaintiff will dismiss this Action with prejudice upon Defendant's production of the Responsive Materials.

**IT IS HEREBY STIPULATED AND AGREED**, by the Parties, through their undersigned counsel, subject to the approval of the Court as follows:

1. All deadlines in this Action are hereby vacated.

2. This Action shall remain stayed to allow Defendant to produce the Responsive Materials in accordance with the Agreement.

3. Upon Defendant's production of the Responsive Materials, the Parties shall submit a joint stipulation of dismissal with prejudice.

DATED: May 14, 2026

STOEL RIVES LLP

*/s/ B. John Casey*

B. John Casey, OSB No. 120025
john.casey@stoel.com
Jacob Goldberg, OSB No. 162565
jacob.goldberg@stoel.com
Telephone: (503) 294-9586

AND

Brian M. Lutz, *pro hac vice*
blutz@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
One Embarcadero Center, Ste. 2600
San Francisco, CA 94111
Telephone: (415) 393-8379

AND

Jessica Valenzuela, *pro hac vice*
jvalenzuela@gibsondunn.com
Jeffrey Lombard, *pro hac vice*
jlombard@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
310 University Ave.
Palo Alto, CA 94301

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR 97205
*Main 503.224.3380 Fax 503.220.2480*

Telephone: (650) 849-4340

*Attorneys for Defendant*

DATED: May 14, 2026

KILMER, VOORHEES & LAURICK, P.C.

*/s/ Stephen J. Oddo*

Peter J. Viteznik, OSB No. 944540
pviteznik@kilmerlaw.com
2701 NW Vaughn Street, Ste. 780
Portland, OR 97210

AND

Brian J. Robbins, *pro hac vice*
brobbins@robbinsllp.com
Stephen J. Oddo, *pro hac vice*
soddo@robbinsllp.com
ROBBINS LLP
5060 Shoreham Place, Ste. 300
San Diego, CA 92122

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing document titled **JOINT STIPULATION FOR STAY** on the following named person(s) or party(ies) on the date and by the method(s) indicated below.

- ☐ mailing with postage prepaid.
- ☒ email (courtesy copy only).
  *pviteznik@kilmerlaw.com*
  *brobbins@robbinsllp.com*
  *soddo@robbinsllp.com*
- ☐ hand delivery.
- ☐ email pursuant to agreement among parties/counsel dated ____________, consenting to service via email.
- ☐ overnight delivery.
- ☒ eService via Odyssey File & Serve.

If by mail or overnight delivery, a true copy of the above referenced document(s) was served upon said person(s) or party(ies), contained in a sealed envelope or package, addressed to said person(s) or party(ies) at their last-known address(es) indicated below.

Brian J. Robbins (*pro hac vice*)
Stephen J. Oddo (*pro hac vice*)
ROBBINS LLP
5060 Shoreham Place, Ste. 300
San Diego, California 92122
brobbins@robbinsllp.com
soddo@robbinsllp.com

*Attorneys for Plaintiff*

Peter J. Viteznik
KILMER, VOORHEES & LAURICK, P.C.
2701 NW Vaughn Street, Ste. 780
Portland, Oregon 97210
pviteznik@kilmerlaw.com

*Attorneys for Plaintiff*

DATED: May 14, 2026

*/s/ B. John Casey*
B. John Casey, OSB No. 120025

*Of Attorneys for Defendant*

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR 97205
*Main 503.224.3380 Fax 503.220.2480*