# EXHIBIT G

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF WASHINGTON

| | |
|---|---|
| MARGARET MCLAUGHLIN,<br>Plaintiff,<br>v.<br>NIKE, INC.,<br>Defendant. | No. 26CV01362<br><br>GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE |

Pursuant to ORCP 54 A(1) and ORCP 67 B, and based on the Parties' Joint Stipulation for Dismissal with Prejudice filed on October 15, 2026, it is hereby ORDERED AND ADJUDGED as follows:

1. Plaintiff Margaret McLaughlin's action is dismissed in its entirety, with prejudice; and
2. Each party shall bear his, her, or its own costs, fees, and expenses, including attorneys' fees as set forth in the Settlement Agreement.

**10/19/2026 4:04:45 PM**

Circuit Court Judge, Hafez Daraee

**STOEL RIVES LLP**
760 SW Ninth Avenue, Suite 3000, Portland, OR 97205
*Main 503.224.3380 Fax 503.220.2480*

Presented by:

STOEL RIVES LLP
B. John Casey, OSB No. 120025
john.casey@stoel.com
Jacob Goldberg, OSB No. 162565
jacob.goldberg@stoel.com
Telephone: (503) 294-9586

AND

GIBSON DUNN & CRUTCHER LLP
Brian M. Lutz, *pro hac vice*
blutz@gibsondunn.com
One Embarcadero Center, Ste. 2600
San Francisco, CA 94111
Telephone: (415) 393-8379

AND

GIBSON DUNN & CRUTCHER LLP
Jessica Valenzuela, *pro hac vice*
jvalenzuela@gibsondunn.com
Jeffrey Lombard, *pro hac vice*
jlombard@gibsondunn.com
310 University Avenue
Palo Alto, California 94301-1744
Telephone: 650.849.5300

*Attorneys for Defendant*

**STOEL RIVES LLP**
760 SW Ninth Avenue, Suite 3000, Portland, OR 97205
*Main 503.224.3380 Fax 503.220.2480*

## CERTIFICATE OF READINESS – UTCR 5.100

I hereby certify the foregoing **GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** is ready for judicial signature because:

☐ Each opposing party affected by this order or judgment has stipulated to the order or judgment, as shown by each opposing party's signature on the document being submitted.

☒ Each opposing party affected by this order or judgment has approved the order or judgment, as shown by signature on the document being submitted or by written confirmation or approval sent to me.

☐ I have served a copy of this order or judgment on all parties entitled to service and:

- ☐ a. No objection has been served on me.
- ☐ b. I received objections that I could not resolve with the opposing party despite reasonable efforts to do so. I have filed a copy of the objections I received and indicated which objections remain unresolved.
- ☐ c. After conferring about objections _(opposing party)__ agreed to independently file any remaining objection.

☐ The relief sought is against an opposing party who has been found in default.

☐ An order of default is being requested with this proposed judgment.

☐ Service is not required pursuant to subsection (3) of this rule, or by statute, rule or otherwise.

☐ This is a proposed judgment that includes an award of punitive damages and notice has been served on Director of the Crime Victims' Assistance Section as required by subsection (4) of this rule.

☐ Other:

DATED: October 15, 2026.

*/s/ B. John Casey*
B. John Casey, OSB No. 120025_____

STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000, Portland, OR 97205
*Main 503.224.3380 Fax 503.220.2480*